# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

―――――――――

No. 12-1008

―――――――――

John Willard Greywind,      *
       *
       Appellant,     *    Appeal from the United States
       *    District Court for the
    v.     *    District of North Dakota.
       *
John T. Podrebarac; Leann K. Bertsch;     *       [UNPUBLISHED]
Patrick Branson; Kathy Bachmeier,     *
       *
       Appellees.     *

―――――――――

Submitted: July 5, 2012
Filed: July 9, 2012

―――――――――

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

―――――――――

PER CURIAM.

Inmate John Greywind appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action claiming deliberate indifference to his serious medical needs. After careful de novo review, we conclude that summary judgment was proper. See Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009). As to defendant Podrebarac, we agree with the district court that the

―――――――――

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Charles S. Miller, United States Magistrate Judge for the District of North Dakota.

claims against him are based on Greywind's unsupported disagreement with medical treatment decisions, and that Greywind did not adequately counter defendants' evidence as to the appropriate treatment for his dental root fracture.  See Meuir v. Greene Cnty. Jail Emps., 487 F.3d 1115, 1118-19 (8th Cir. 2007).  And because we conclude that there was no underlying constitutional violation, the claims against the remaining defendants likewise fail.  See Morris v. Lanpher, 563 F.3d 399, 403 (8th Cir. 2009).  Accordingly, we deny as moot Greywind's pending motion for a stay, and we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____